STATE OF CONNECTICUT *v.* JOHN YURCH

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 72 (AC 12708), is granted, limited to the following issue:

"Was the defendant entitled to appellate review of his claim that, in the circumstances of this case, forgery in the third degree was not a lesser included offense of forgery in the second degree?"

The Supreme Court docket number is SC 15230.

*Louis S. Avitabile,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided April 3, 1995